IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC, COACH SERVICES INC., A Washington corporation, § § § | | |
| Plaintiff § | | |
| v § | Case No.4:09-CV-3777 | |
| § | | |
| C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES, FACTORY and DAVID TANG, § § § § | | |
| Defendants. § | | |

**DEFENDANT, C&H CORPORATION D/B/A C&H SUNGLASSES AND C&H SUNGLASSES FACTORY AND DAVID TANG, UNOPPOSED MOTION TO SUBSTITUTE COUNSEL.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants, **C&H CORPORATION D/B/A C&H SUNGLASSES** and **C&H SUNGLASSES FACTORY** and **DAVID TANG,** move this Court to substitute ROBERT H. BATEMAN and the law firm of Bateman | Pugh, P.L.L.C., Two Houston Center, 909 Fannin, Suite 1800, Houston, Texas 77010, telephone number (713) 609-7732, facsimile number (713) 609-7777, as their attorneys of record and to permit the withdrawal of J. Robert Brown.

Plaintiff will not be prejudiced by the requested substitution of attorney. This substitution is not sought for purposes of delay.

THEREFORE, PREMISES CONSIDERED, C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES FACTORY and DAVID TANG, prays that the Court grant this Unopposed Motion to Substitute Counsel permitting ROBERT H. BATEMAN and the law firm of Bateman | Pugh, P.L.L.C., to serve as their attorneys of record.

Respectfully submitted,

By: _____
J. Robert Brown Jr.
SBOT #24005195
Gamil, Dang & Associates
9600 Bellaire Blvd., Ste. 212
Houston, Texas 77090
Telephone: (713) 995-6300
Facsimile: (713) 995-5423

**ATTORNEY FOR DEFENDANTS, C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES FACTORY and DAVID TANG**

By: _____ /RMK
Robert H. Bateman
SBOT #01899500
Federal ID: 7171
Bateman | Pugh, P.L.L.C.
Two Houston Center
909 Fannin Street, Suite 1800
Houston, Texas 77010
Telephone: (713) 609-7732
Facsimile: (713) 609-7777

M:\RHB\373\Coach v. C&H\Motion\Motion for Substitution & Order.docx

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel and parties of record by certified mail, return receipt requested, hand-delivery, and/or facsimile transmission, on this 3rd day of September, 2010.

Mr. Victor C. Johnson  
Fish & Richardson  
1717 Main Street, Suite 5000  
Dallas, Texas 75201  
*Attorney for Plaintiff*

*Via Facsimile: (214) 747-2091*

J. Robert Brown, Jr.  
Gamil, Dang & Associates  
9600 Bellaire Blvd., Ste. 212  
Houston, Texas 77036  
*Attorney for Defendants*

*Via Facsimile: (713) 995-5423*

Mr. Robert H. Bateman

M:\RHB\373 Coach v. C&H\Motion\Motion for Substitution & Order.docx