IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC, COACH SERVICES INC., A Washington corporation, | § § § | |
| Plaintiff | § | |
| v | § § | Case No.4:09-CV-3777 |
| C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES, FACTORY and DAVID TANG, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

On this day, came for consideration the **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL** of the Defendants, **C&H CORPORATION D/B/A C&H SUNGLASSES** and **C&H SUNGLASSES FACTORY** and **DAVID TANG** in the foregoing cause of action. The Court, having considered same, is of the opinion that said Motion is good and should be **GRANTED**.

It is, therefore, **ORDERED** that Robert H. Bateman and the law firm of Bateman | Pugh, P.L.L.C., Two Houston Center, 909 Fannin, Suite 1800, Houston, Texas 77010, are substituted in the place of J. Robert Brown Jr., as attorney for **C&H CORPORATION D/B/A C&H SUNGLASSES** and **C&H SUNGLASSES FACTORY** and **DAVID TANG**, Defendants in the above-entitled and numbered cause.

SIGNED THIS ____**7**____ day of _____*Sept*_____, 2010.

_____
JUDGE PRESIDING