UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> VS. <br><br> C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES FACTORY and DAVID TANG, <br><br> Defendants | § § § § § § § § § § § § § | Civil Action No.: 4:09-cv-03777 |
| C&H CORPORATION D/B/A C&H SUNGLASSES and C&H SUNGLASSES FACTORY and DAVID TANG, <br><br> Cross-Plaintiffs <br><br> VS. <br><br> AAB ENTERPISE, INC. <br><br> Cross-Defendants | § § § § § § § § § § § § § § | |

## ORDER GRANTING C&H CORPORATION'S ENTRY OF DEFAULT

After considering Defendants C&H Corporation and David Tang's request for entry of default against Third-Party Defendant, AAB Enterprise, Inc., the declaration, and other evidence on file, the court:

**FINDS** the record supports entry of default. Therefore, entry of default is entered against AAB Enterprise, INC.

SIGNED on **17** day of November, 2010.

_____
U.S. District Judge